UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LIFE ENRICHMENT FOUNDATION, individually and on behalf all others similarly situated,<br><br>                    Plaintiff,<br><br>        v.<br><br>MERRILL LYNCH & CO., INC., E. STANLEY O'NEAL, AHMASS L. FAKAHANY, GREGORY J. FLEMING, and JEFFREY N. EDWARDS,<br><br>                    Defendants. | **ELECTRONICALLY FILED**<br><br>CIVIL ACTION No. 07cv9633 (LBS) |
| MICHAEL J. SAVENA, individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>        v.<br><br>MERRILL LYNCH & CO., INC., E. STANLEY O'NEAL, AHMASS L. FAKAHANY, GREGORY J. FLEMING, and JEFFREY N. EDWARDS,<br><br>                    Defendants. | CIVIL ACTION No. 07cv9837 (LBS) |

[Additional Captions on Following Page]

**NOTICE OF APPEARANCE OF COUNSEL**

GARY KOSSEFF, individually and on behalf of all
others similarly situated,

               Plaintiff,

      v.

MERRILL LYNCH & CO., INC., E. STANLEY
O'NEAL, AHMASS L. FAKAHANY, GREGORY
J. FLEMING, and JEFFREY N. EDWARDS,

               Defendants.

CIVIL ACTION No. 07cv10984 (LBS)

---

ROBERT R. GARBER, individually and on behalf
of all others similarly situated,

               Plaintiff,

      v.

MERRILL LYNCH & CO., INC., E. STANLEY
O'NEAL, AHMASS L. FAKAHANY, GREGORY J.
FLEMING, and JEFFREY N. EDWARDS,

               Defendants.

CIVIL ACTION No. 07cv11080 (LBS)

---

JAMES CONN, individually and on behalf of all
others similarly situated,

               Plaintiff,

      v.

MERRILL LYNCH & CO., INC., E. STANLEY
O'NEAL, JEFFREY N. EDWARDS, JEFFREY N.
EDWARDS, LAWRENCE A. TOSI, ARMANDO M.
CODINA, VIRGIS W. COLBERT, ALBERTO
CRIBIORE, JOHN D. FINNEGAN, JUDITH
MAYHEW JONAS, AULANA L. PETERS, JOSEPH
W. PRUEHER, ANN N. REESE, and CHARLES O.
ROSSOTTI,

               Defendants.

CIVIL ACTION No. 07cv11626 (LBS)

PLEASE TAKE NOTICE that Robert N. Kaplan, Esq., Frederic S. Fox, Esq., Joel B. Strauss, Esq., Donald R. Hall, Esq., Jeffrey P. Campisi, Esq., and Aviah Cohen Pierson, Esq. of the law firm of Kaplan Fox & Kilsheimer LLP, 850 Third Avenue, 14th Floor, New York, NY 10022 hereby enter their appearances as co-counsel for lead plaintiff movant the State Teachers' Retirement System of Ohio in the above captioned actions. All future pleadings should be served upon Kaplan Fox & Kilsheimer LLP at the above-referenced address.

Dated: January 4, 2008

Yours, etc.

**KAPLAN FOX & KILSHEIMER LLP**

By:   /s/ Robert N. Kaplan
Robert N. Kaplan
Frederic S. Fox
Joel B. Strauss
Donald R. Hall
Jeffrey P. Campisi
Aviah Cohen Pierson
850 Third Avenue, 14th Floor
New York, NY 10022
Telephone: (212) 687-1980
Facsimile: (212) 687-7714
Email: rkaplan@kaplanfox.com
    ffox@kaplanfox.com
    jstrauss@kaplanfox.com
    dhall@kaplanfox.com
    jcampisi@kaplanfox.com
    acohenpierson@kaplanfox.com

*Co-Counsel for lead plaintiff movant the State Teachers' Retirement System of Ohio and the Class*

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 4, 2008, I caused to be electronically filed the foregoing paper with the Clerk of the Court using the ECF System which will electronically send notification of such filing to the registered participants and paper copies will be sent via first-class mail postage pre-paid to those indicated as non-registered participants on January 4, 2008.

/s/    Jeffrey P. Campisi
Jeffrey P. Campisi

January 4, 2008

2