UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LIFE ENRICHMENT FOUNDATION, individually and on behalf of all others similarly situated, | CIVIL ACTION NO. 07cv9633 (LBS) |
| Plaintiff, | **ELECTRONICALLY FILED** |
| v. | |
| MERRILL LYNCH & CO., INC., E. STANLEY O'NEAL, AHMASS L. FAKAHANY, GREGORY J. FLEMING, and JEFFREY N. EDWARDS, | |
| Defendants. | |
| MICHAEL J. SAVENA, individually and on behalf of all others similarly situated, | CIVIL ACTION NO. 07cv9837 (LBS) |
| Plaintiff, | |
| v. | |
| MERRILL LYNCH & CO., INC., E. STANLEY O'NEAL, AHMASS L. FAKAHANY, GREGORY J. FLEMING, and JEFFREY N. EDWARDS, | |
| Defendants. | |
| GARY KOSSEFF, individually and on behalf of all others similarly situated, | CIVIL ACTION NO. 07cv10984 (LBS) |
| Plaintiff, | |
| v. | |
| MERRILL LYNCH & CO., INC., E. STANLEY O'NEAL, AHMASS L. FAKAHANY, GREGORY J. FLEMING, and JEFFREY N. EDWARDS, | |
| Defendants. | |

*[Additional Captions on Following Page]*

**NOTICE OF APPEARANCE OF A. ARNOLD GERSHON
AS CO-COUNSEL ON BEHALF OF LEAD PLAINTIFF MOVANT
THE STATE TEACHERS' RETIREMENT SYSTEM OF OHIO**

| | | |
|---|---|---|
| ROBERT R. GARBER, individually and on behalf of all others similarly situated, | : : : | CIVIL ACTION NO. 07cv11080 (LBS) |
| Plaintiff, | : : | |
| v. | : : | |
| MERRILL LYNCH & CO., INC., E. STANLEY O'NEAL, AHMASS L. FAKAHANY, GREGORY J. FLEMING, and JEFFREY N. EDWARDS, | : : : : | |
| Defendants. | : : | |
| JAMES CONN, individually and on behalf of all others similarly situated, | : : : | CIVIL ACTION NO. 07cv11626 (LBS) |
| Plaintiff, | : : | |
| v. | : : | |
| MERRILL LYNCH & CO., INC., E. STANLEY O'NEAL, JEFFREY N. EDWARDS, LAWRENCE A. TOSI, ARMANDO M. CODINA, VIRGIS W. COLBERT, ALBERTO CRIBIORE, JOHN D. FINNEGAN, JUDITH MAYHEW JONAS, AULANA L. PETERS, JOSEPH W. PRUEHER, ANN N. REESE and CHARLES O. ROSSOTTI, | : : : : : : : : | |
| Defendants. | : : | |

TO THE CLERK:

PLEASE TAKE NOTICE that A. Arnold Gershon, of the law firm Barrack Rodos & Bacine, with offices at 1350 Broadway, Suite 1001, New York, New York 10018, and 2001 Market Street, 3300 Two Commerce Square, Philadelphia, Pennsylvania 19103, hereby enter my appearance as co-counsel for lead plaintiff movant the State Teachers' Retirement Systems of

2

Ohio in the above-captioned actions and as proposed co-lead counsel for the class.  All future pleadings should be served upon Barrack Rodos & Bacine at the address set forth below.


Dated:  February 19, 2008                                   Respectfully submitted,
           New York, New York

                                                 BARRACK, RODOS & BACINE


                                                 By:   s/ A. Arnold Gershon (AAG-3809)
                                                    A. Arnold Gershon (AG-3809)
                                                      1350 Broadway
                                                      Suite 1001
                                                      New York, NY  10018
                                                      (212) 688-0782
                                                      Fax:  (212) 688-0783
                                                      Email:  agershon@barrack.com

                                                              and

                                               M. Richard Komins
                                               Jeffrey A. Barrack
                                               BARRACK, RODOS & BACINE
                                               3300 Two Commerce Square
                                               2001 Market Street
                                               Philadelphia, PA  19103
                                               (215) 963-0600
                                               Fax:  (215) 963-0838
                                               Email: mkomins@barrack.com
                                                          jbarrack@barrack.com

                                             *Proposed Co-Lead Counsel for Lead*
                                             *Plaintiff Movant the State Teachers'*
                                             *Retirement System of Ohio*