UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-27-08

| | |
|---|---|
| LIFE ENRICHMENT FOUNDATION, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> MERRILL LYNCH & CO., INC., E. STANLEY O'NEAL, AHMASS L. FAKAHANY, GREGORY J. FLEMING, and JEFFREY N. EDWARDS, <br><br> Defendants. | CIVIL ACTION <br> NO. 07cv9633 (LBS) |
| MICHAEL J. SAVENA, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> MERRILL LYNCH & CO., INC., E. STANLEY O'NEAL, AHMASS L. FAKAHANY, GREGORY J. FLEMING, and JEFFREY N. EDWARDS, <br><br> Defendants. | CIVIL ACTION <br> NO. 07cv9837 (LBS) |
| GARY KOSSEFF, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> MERRILL LYNCH & CO., INC., E. STANLEY O'NEAL, AHMASS L. FAKAHANY, GREGORY J. FLEMING, and JEFFREY N. EDWARDS, <br><br> Defendants. | CIVIL ACTION <br> NO. 07cv10984 (LBS) |

*[Additional Captions on Following Page]*

**ORDER FOR ADMISSION PRO HAC VICE**

| | |
|---|---|
| ROBERT R. GARBER, individually and on behalf of all others similarly situated, : : : | CIVIL ACTION<br>NO. 07cv11080 (LBS) |
| Plaintiff, : : : | |
| v. : : : | |
| MERRILL LYNCH & CO., INC., E. STANLEY O'NEAL, AHMASS L. FAKAHANY, GREGORY J. FLEMING, and JEFFREY N. EDWARDS, : : : : : | |
| Defendants. : : | |
| JAMES CONN, individually and on behalf of all others similarly situated, : : : | CIVIL ACTION<br>NO. 07cv11626 (LBS) |
| Plaintiff, : : : | |
| v. : : : | |
| MERRILL LYNCH & CO., INC., E. STANLEY O'NEAL, JEFFREY N. EDWARDS, LAWRENCE A. TOSI, ARMANDO M. CODINA, VIRGIS W. COLBERT, ALBERTO CRIBIORE, JOHN D. FINNEGAN, JUDITH MAYHEW JONAS, AULANA L. PETERS, JOSEPH W. PRUEHER, ANN N. REESE and CHARLES O. ROSSOTTI, : : : : : : : : | |
| Defendants. : : | |

Upon the motion of A. Arnold Gershon, counsel for proposed lead plaintiff State Teachers' Retirement System of Ohio, and his affidavit in support thereof;

IT IS HEREBY ORDERED that

1

M. Richard Komins
Jeffrey A. Barrack
Barrack, Rodos & Bacine
3300 Two Commerce Square
2001 Market Street
Philadelphia, PA 19103
Telephone: (215) 963-0600
Fax: (215) 963-0838
Email: mkomins@barrack.com
jbarrack@barrack.com

are admitted to practice pro hac vice as counsel for proposed lead plaintiff State Teachers' Retirement System of Ohio in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel has paid the pro hac vice fee to the Clerk of Court.

Dated: _____Feb. 27_____, 2008
New York, New York

_____
United States District/~~Magistrate~~ Judge

2