UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

IN RE MERRILL LYNCH & CO., INC.
SECURITIES, DERIVATIVE AND ERISA
LITIGATION

Master File No.:
07cv9633 (LBS)(AJP)(DFE)

This Document Relates To:

ALL ACTIONS

-----------------------------------------------------------------x

# NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: Sara Esther Fuks

[✓] *Attorney*

    [✓] I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: SF6034

    [ ] I am a Pro Hac Vice attorney

    [ ] I am a Government Agency attorney

[✓] *Law Firm/Government Agency Association*

    From: Dewey Ballantine LLP

    To: Milberg LLP

    [✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    [ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

[✓] *Address:* One Pennsylvania Plaza
New York, New York 10119-0165

[✓] *Telephone Number:* (212) 594-5300

[✓] *Fax Number:* (212) 868-1229

[✓] *E-Mail Address:* sfuks@milberg.com

Dated: 5/19/2008

*/s/ Sara E. Fuks*
Sara E. Fuks

**CERTIFICATE OF SERVICE**

I, Sara Fuks, an associate with the law firm of Milberg LLP, hereby certify that I caused a true and correct copy of the Notice of Change of Address to be served with the Clerk of the Court using the CM/ECF system, which will send notifications of filings do the CM/ECF participants, and caused all counsel listed below to be served by regular U.S. Mail on this 19th day of May 2008:

Robert I. Izard
**SCHATZ NOBEL ISARD P.C.**
20 Church Street, Suite 1700
Hartford, CT 06103

Joseph A. Weeden
**SCHIFFRIN BARROWAY TOPAZ
& KESSLER, LLP**
280 King of Prussia Road
Radnor, PA 19087

/s/ *Sara E. Fuks*
Sara E. Fuks