UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
DAVID EIDMAN,                                            :
                                                         :
                            Plaintiff,   :       08 Civ. 03392 (LBS)
                                                         :
    -against-                                          :
                                                         :       **ECF CASE**
ERNEST STANLEY O'NEAL, et al.                            :       **Electronically Filed**
                                                         :
                           Defendants.   :
-----------------------------------------------------------------x
In re: MERRILL LYNCH & CO., INC.,                        :       Master File No.
Securities, Derivative & ERISA Litigation                :       07 Civ. 9633 (LBS)
                                                         :
-----------------------------------------------------------------x       MDL No. 1933

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff David Eidman ("Plaintiff") hereby voluntarily dismisses the action Eidman v. O'Neal et al, 08 Civ. 03392 (LBS) against all defendants without prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1).

Dated: New York, New York
        August 8, 2008

                                                        Respectfully submitted,

                                                        **HORWITZ, HORWITZ & PARADIS**
                                                        **Attorneys at Law**

                                                        By:  /s Michael A. Schwartz
                                                        Michael A. Schwartz (MS2352)
                                                         28 West 44th Street
                                                         New York, NY 10036
                                                         Tel:  (212) 404-2200
                                                         Fax:  (212) 404-2226

                                                         **LAW OFFICES OF JAMES V.**
                                                         **BASHIAN, P.C.**
                                                         James V. Bashian (JB-6331)
                                                        271 Route 46 West, Suite F207

Fairfield, New Jersey 07004<br>
Tel: (973) 227-6330<br>
Fax: (973) 808-8665

*Attorneys for Plaintiff David Eidman*

## CERTIFICATE OF SERVICE

I, Michael A. Schwartz, hereby certify that I caused a true and correct copy of **PLAINTIFF DAVID EIDMAN'S NOTICE FOR VOLUNTARY DISMISSAL** to be served via ECF upon the following counsel of record on August 8, 2008:

| | |
|---|---|
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP<br>Jay B. Kasner<br>Christopher P. Malloy<br>Scott D. Musoff<br>Joanne Gaboriault<br>Four Times Square<br>New York, NY 10036<br>Phone: (212) 735-3000<br>Fax: (212) 735-2000<br><br>Attorneys for Nominal Defendant Merrill Lynch & Co. | CLIFFORD CHANCE<br>George Schieren<br>Mark Holland<br>31 West 52nd Street<br>New York, New York 10019<br>Phone: (212) 878-8000<br>Fax: (212) 878-8375<br><br><br><br><br>Attorneys for Defendants Citigroup Global Markets, Morgan Stanley & Co., UBS Securities and Wachovia Capital Services |
| PAUL WEISS RIFKIND WHARTON & GARRISON LLP<br>Brad Karp<br>Charles Davidow<br>1285 Avenue of the Americas<br>New York, New York 10019<br>Phone: (212) 373-3000<br>Fax: (212) 757-3990<br><br>Attorneys for Defendant Deloitte & Touche LLP | WEIL GOTSHAL & MANGES LLP<br>Joseph S. Allerhand<br>Jonathan D. Polkes<br>Erin J. Law<br>767 Fifth Avenue<br>New York, New York 10153<br>Phone: (212) 310-8000<br>Fax: (212) 310-8007<br><br>Attorneys for Defendant Greg Fleming |
| MILBANK TWEED HADLEY & McCLOY LLP<br>James N. Benedict<br>George Canellos<br>Andrew Robertson<br>One Chase Manhattan Plaza<br>New York, New York 10005 | WILLKIE FARR & GALLAGHER LLP<br>Michael R. Young<br>Richard Bernstein<br>Mei Lin Kwan-Gett<br>787 Seventh Avenue<br>New York, New York 10019<br>Phone: (212) 728-8000 |

| | |
|---|---|
| Phone: (212) 530-5000<br>Fax: (212) 530-5219<br><br>Attorneys for Defendant Ahmass Fakahany | Fax: (212) 728-8111<br><br>Attorneys for Defendant Jeffrey Edwards |
| CADWALADER, WICKERSHAM & TAFT LLP<br>Dennis J. Block<br>Gregory A. Markel<br>Jason M. Halper<br>One World Financial Center<br>New York, New York 10281<br>Phone: (212) 504-6000<br><br>Attorneys for Defendants Carol T. Christ, Armando M. Codina, Virgis W. Colbert, Alberto Cribiore, John D. Finnegan, Judith Mayhew Jonas, Joseph W. Prueher, Ann N. Reese and Charles O. Rossotti | BROWER PIVEN, P.C.<br>David A.P. Brower<br>488 Madison Avenue, Eighth Floor<br>New York, New York 10022<br>Phone: (212) 501-9000<br>Fax: (212) 501-0300<br><br><br>Liaison Counsel and Executive Committee Counsel for Derivative Plaintiffs |
| SAXENA WHITE P.A.<br>Joseph E. White, III<br>Christopher S. Jones<br>2424 North Federal Highway, Suite 257<br>Boca Raton, FL 33431<br>Phone: (561) 394-3399<br>Fax: (561) 394-3382<br><br>Executive Committee Counsel for Derivative Plaintiffs | JOHNSON BOTTINI, LLP<br>Francis Bottini<br>655 W. Broadway, Suite 1400<br>San Diego, CA 92101<br>Phone: (619) 230-0063<br>Fax: (619) 233-5535<br><br><br>Executive Committee Counsel for Derivative Plaintiff |

                                                /s Michael A. Schwartz
                                                Michael A. Schwartz